IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANSELMO JIMENEZ,<br><br>              Petitioner,<br><br>vs.<br><br>NEBRASKA,<br><br>              Respondent. | 8:21CV261<br><br>ORDER |

This matter is before the court on Respondent's Motion to Substitute Respondent. (Filing 11.) Upon careful consideration,

IT IS ORDERED that Respondent's Motion to Substitute Respondent (filing 11) is granted. The clerk's office is directed to update the court's records to reflect that Scott R. Frakes is the sole proper respondent in this action.

Dated this 9th day of December, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge