IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANSELMO JIMENEZ,<br><br>     Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES,<br><br>     Respondent. | **8:21CV261**<br><br>**ORDER** |

Pursuant to Petitioner's election to proceed on Claims One and Two only (filing 18),

IT IS ORDERED that:

1. This matter will proceed on Claims One and Two only, as identified in the court's November 10, 2021 Memorandum and Order (filing 9). Claim Three is dismissed without prejudice as it is unexhausted.

2. Respondent shall have until March 4, 2022 to file and serve either a motion for summary judgment or state court records in support of an answer. The matter shall proceed thereafter in accordance with the court's November 10, 2021 Memorandum and Order (filing 9).

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **March 4, 2022**: deadline for Respondent to file state court records in support of answer or motion for summary judgment.

4. The Clerk of Court is directed to set a pro se case management deadline using the following text: **April 4, 2022**: check for Respondent's answer and separate brief.

Dated this 2nd day of February, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2